UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

 v.                                                      Case No. 00-CR-0048

ARLYN ACKLEY,

        Defendant,

SOKAGOAN GAMING ENTERPRISE CORP.,

        Garnishee-Defendant.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee-defendant has been duly issued and served upon the garnishee-defendant. Pursuant to the Writ of Garnishment, the garnishee-defendant, Sokagoan Gaming Enterprise Corp., filed an Answer on March 26, 2007, stating that the defendant was employed with Sokagoan Gaming Enterprise Corp. at the time of the service of the Writ, and that the garnishee-defendant had in its possession, custody or control, wages, income or other personal property belonging to and due the defendant.

The defendant remains indebted to the plaintiff in the sum of $36,925.69 and the defendant has not requested a hearing to determine any exempt property.

**ACCORDINGLY, IT IS ORDERED** that the garnishee-defendant, shall pay to plaintiff, on a weekly basis, the lesser of a) 25% of defendant's disposable earnings or b) the amount by which defendant's disposable earnings exceed 30 times the federal minimum hourly wage.

"Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as Social Security and withholding taxes. These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the garnishee-defendant no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. Payments shall be made payable to the "U.S. District Court Clerk," with the debtors case number on the draft and sent to the Clerk of the U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

**IT IS FURTHER ORDERED** that any amounts which the garnishee-defendant may be holding pursuant to the Writ of Garnishment shall immediately be turned over to the United States Attorney at the above address.

Dated at Green Bay, Wisconsin this 10th day of April, 2007.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE